**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**

IN RE:   Bobby David Chaffin                                              Case Number:   14-10349
         Debtor

# ORDER CONFIRMING THE THIRD
# AMENDED PLAN FILED ON 5/15/2015, Court Doc. # 45

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED.

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section III.C.1.a of the plan is hereby allowed.

Copies to:

Bobby David Chaffin                                   HOLMES, ELAINA L
4743 Lake Bonita Rd.                                  P O BOX 714
Catlettsburg, KY  41129                               FLATWOODS , KY  41139